**Denied and Opinion Filed September 22, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-21-00742-CV
_____

## IN RE N.R. AND IRMA RAMIREZ (HEREINAFTER N.R. AND IRENE RAMIREZ), Relators

**Original Proceeding from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-01130-2020**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Goldstein
Opinion by Justice Osborne

In their August 27, 2021 petition for writ of mandamus, relators challenge the

trial court's August 19, 2021 order striking their section 18.001 counter-affidavit

regarding the reasonableness of medical expenses. Entitlement to mandamus relief

requires relators to show that the trial court clearly abused its discretion and that they

lack an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–

36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition and record, we conclude that relators have not shown they lack an adequate remedy. Accordingly, we deny the petition for writ of mandamus, and deny their motion for temporary relief as moot.

/Leslie Osborne//
LESLIE OSBORNE
JUSTICE

210742f.p05